IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  )
Toni L. Long  )   Case No.: 15-22305 GLT
  )   Chapter 13
    Debtor(s)  )
_____  )
Ronda J. Winnecour, Chapter 13  )
Trustee,  )
  )
    Movant,  )
  )
    Vs.  )
MTGLQ Investors, L.P.  )
    Respondent(s)  )

FILED
NOV 27 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## ORDER

AND NOW, this **22nd** day of **November**, 2017, upon consideration of Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the ~~inception of the loan~~ **Petition date**. It is further

ORDERED that the Respondent is to provide information as to why the property inspections were done and copies of all reports and bills to the Trustee no later than 60 days from the date of this Order. It is further

ORDERED that in the event that the creditor choses to withdraw the Notice of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notice. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

_____
U.S. Bankruptcy Judge